FREDERICK E. FRIEDMAN, Appellant, v. CHARLES BENDER, as President, etc., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

JOHN S. SMITH, Respondent, v. ALABAMA LUMBER AND COOPERAGE COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Probate of the Last Will and Testament of ELIZABETH G. FAULKNER, Deceased.— Motion to vacate order of dismissal denied, with ten dollars costs.

ARDEEN E. RICHMOND, Appellant, v. MARTHA E. QUICK and Others, Respondents.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal and printed briefs on or before November thirtieth, pay to respondents' attorney ten dollars, and be ready to argue the appeal on December 3, 1917.

JOHN N. WILLIAMSON, Respondent, v. ELABORATED READY ROOFING COMPANY, Appellant.— Motion for leave to withdraw appeal denied, without costs. Motion to dismiss appeal granted, and appeal dismissed, with costs.

WILLIAM H. STEADMAN, Appellant, v. HAZEL SHIMMIN and Others, Respondents.— From an examination of the stenographer's minutes we find no grounds for reversal; nevertheless, if the appellant desires to prosecute his appeal, he may have thirty days after service of copy of this order within which to file and serve the printed papers on appeal, and in case of his failure to do so, the motion to dismiss the appeal is granted.

MANION BROTHERS COMPANY, INC., Respondent, v. SENECA ENGINEERING COMPANY and Others, Appellants.— Motion to dismiss appeal granted, unless appellants shall file and serve printed papers on appeal and printed briefs by November thirtieth, pay to respondent's attorney ten dollars, and be ready for argument on December 4, 1917.

CLIFFORD U. McENIRY, an Infant, etc., Appellant, v. THE CITY OF BUFFALO, Respondent.— Order entered upon stipulation filed, substituting Orson J. Weimert as attorney for plaintiff in place of Weimert & Templeton.

GENERAL RAILWAY SIGNAL COMPANY, Respondent, v. THE FI-BO-PAK Co., INC., Appellant.— Appeal dismissed, without costs, and appeal bond canceled, upon stipulation filed.

WILLARD P. SCHANCK and Another, as Committee, etc., Respondents, v. EDWARD L. WALLACE, Appellant, Impleaded, etc. (Action No. 1.) WILLARD P. SCHANCK and Another, as Committee, etc., Respondents, v. EDWARD L. WALLACE, Appellant, Impleaded, etc. (Action No. 2.) — It appearing that the incompetent person for whom plaintiffs were committee died prior to the argument of the appeal, the order of affirmance entered October 20, 1917, is vacated and set aside and a reargument granted. Order entered on stipulation substituting Welling E. Mapes and John A. Levis as temporary administrators of the estate of Harriet A. Van Voorhees, deceased, as parties plaintiff in place of Willard P. Schanck and others, as committee of the person and property of Harriet A. Van Voorhis, an incompetent person.